IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAHMEE GRANVILLE | : | CIVIL ACTION |
| v. | : | No. 13-2208 |
| SUPERINTENDENT BRIAN COLEMAN, et al. | : | |

## ORDER

AND NOW, this 17th day of September, 2013, upon careful and independent consideration of Petitioner Fahmee Granville's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 10) is APPROVED and ADOPTED;

2. Granville's petition for writ of habeas corpus (Document 5) is DISMISSED without an evidentiary hearing; and

3. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability.

The Clerk of Court is DIRECTED to mark this case CLOSED.

---

[1] The Report and Recommendation was sent to all parties of record on August 27, 2013, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections to the Report and Recommendation within 14 days after service thereof. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof"). As of today's date, no objections have been filed

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.